UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

DEBORAH S. LEECK,           :
         Plaintiff,      :
                         :
    v.                          :  No. 5:22-cv-4634
                         :
LEHIGH VALLEY HEALTH        :
NETWORK,                    :
         Defendant.      :
_____

**O R D E R**

**AND NOW**, this 23rd day of June, 2023, upon consideration of Plaintiff's Second Amended Complaint, Defendant's Motion to Dismiss, Plaintiff's Response, and for the reasons given in the Opinion issued this date, **IT IS HEREBY ORDERED AS FOLLOWS:**

1. Defendant's Motion, ECF No. 9, is **DENIED**.

2. Count Two of the Second Amended Complaint (Violation of the Pennsylvania Human Relations Act) is **DISMISSED** without prejudice.

3. Plaintiff has **7 days** from the date of this Order to file a third amended complaint if she wishes.[1]

                              BY THE COURT:

                              */s/ Joseph F. Leeson, Jr.*_____
                              JOSEPH F. LEESON, JR.
                              United States District Judge

---

[1] Defendant has 21 days from the date of this Order to file an answer to the Second Amended Complaint, *see* ECF No. 3, or, if necessary, file a response to any third amended complaint.